# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 22, 2016

## NO. 03-15-00529-CV

**Matthew Eric Kershner, Appellant**

**v.**

**Samsung Austin Semiconductor, LLC, Appellee**

## APPEAL FROM 53RD DISTRICT COURT OF TRAVIS COUNTY
**BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND PEMBERTON**
**AFFIRMED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the summary judgment signed by the trial court on August 21, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's summary judgment. Therefore, the Court affirms the trial court's summary judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.